UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pratik Khowala,

                Plaintiff,

-against-

Vivint Smart Home, Inc. and Vivint, Inc.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/17/2023
```

23 Civ. 1068 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 13, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by April 14, 2023. ECF No. 3. Those submissions are now overdue. Accordingly, by **April 24, 2023**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: April 17, 2023
       New York, New York

                                              ANALISA TORRES
                                      United States District Judge