UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pratik Khowala,

            Plaintiff,

-against-

Vivint Smart Home, Inc. and Vivint, Inc.,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/11/2024_
```

23 Civ. 1068 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 30, 2024, Plaintiff requested that this action be transferred to "this Court's White Plains vicinage" as "the events giving rise to the instant litigation all occurred in Westchester County." ECF No. 22.

    Accordingly, by **June 17, 2024**, Defendants shall write the Court indicating their position as to Plaintiff's request.

    SO ORDERED.

Dated: June 11, 2024
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge