UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pratik Khowala,

                          Plaintiff,

            -against-

Vivint Smart Home, Inc. and Vivint, Inc.,

                          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/08/2024
```

23 Civ. 1068 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 7, 2024, Defendants filed a renewed motion to compel arbitration. ECF No. 30. Accordingly, by **October 28, 2024**, Plaintiff shall file his response to Defendants' motion and, by **November 12, 2024**, Defendants shall file their reply, if any.


        SO ORDERED.

Dated: October 8, 2024
        New York, New York

_____
        ANALISA TORRES
        United States District Judge