UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pratik Khowala,

                  Plaintiff,

       -against-

Vivint Smart Home, Inc. and Vivint, Inc.,

                 Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   2/27/2026

23 Civ. 1068 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 29, 2025, the Court granted Defendants' motion to compel arbitration and stayed the action pending resolution of arbitration proceedings. *See* ECF No. 35. By **August 31, 2026**, the parties shall file a joint update concerning the status of the arbitration proceedings.

      SO ORDERED.

Dated: February 27, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge