USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: __9/14/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRATIK KHOWALA,

Plaintiff,

-against-

VIVINT SMART HOME, INC. and VIVINT, INC.,

Defendants.

23 Civ. 1068 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 25, 2026, the parties filed a joint status update advising the Court that Plaintiff Pratik Khowala would "take steps within two weeks to dismiss this action without prejudice." ECF No. 37. To date, Khowala has taken no action.

Accordingly, by **September 18, 2026**, Khowala shall file a notice of voluntary dismissal. Khowala is advised that failure comply with this order may result in dismissal under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: September 14, 2026
New York, New York

ANALISA TORRES
United States District Judge